IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION



UNITED STATES OF AMERICA

V.                                                                    CRIMINAL NO. 5:06cr27DCBJCS

CHRISTOPHER NELSON

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Count 2 of the Criminal Indictment against CHRISTOPHER NELSON without prejudice.

> DUNN LAMPTON
> United States Attorney
>
> By: *(signature)*
> SANDRA G. MOSES
> Assistant U.S. Attorney
> GA Bar No. 283815

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 5th day of February, 2007.

*(signature)*
UNITED STATES DISTRICT JUDGE