IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

V.                                              CRIMINAL NO. 5:06cr27-DCB

CHRISTOPHER NELSON

## AGREED ORDER REDUCING SENTENCE

The Court considers this case pursuant to its authority under 18 U.S.C. § 3582(c)(2) and Federal Rule of Criminal Procedure 43(b)(4). The U.S. Sentencing Commission has reduced guideline offense levels for cocaine base cases, and has made the reductions retroactive to previously-sentenced defendants. The parties agree that a sentencing reduction is appropriate in this case. The Court concurs, and hereby ORDERS as follows:

(1)   The sentence in this case is reduced from 70 to 57 months;

(2)   All other terms and provisions of the original judgment remain in effect.

A copy of this agreed order shall be transmitted to the Bureau of Prisons immediately.

SO ORDERED on this the   23rd   day of   April  , 2008.

                                     s/ David Bramlette
                                UNITED STATES DISTRICT COURT JUDGE

AGREED:

 /s/ Sandra G. Moses                    /s/ George L. Lucas
ASSISTANT U.S. ATTORNEY              DEFENSE COUNSEL